1  MARGARET R. GIFFORD, Bar No. 118222
   Email: mgifford@deconsel.com
2  DeCARLO & SHANLEY,
   a Professional Corporation
3  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
4  Telephone: (213) 488-4100
   Telecopier: (213) 488-4180
5
   Attorneys for Judgment Creditors, Carpenters Southwest
6  Administrative Corporation, and Floyd Clay
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                  EASTERN DIVISION
11 CARPENTER SOUTHWEST           ) CASE NO. EDCV 04-1262VAP(SGLx)
   ADMINISTRATIVE CORPORATION,   )
12 a California non-profit       )
   corporation; and FLOYD CLAY, etc., )
13                               )
          Judgment Creditor,     ) [PROPOSED] ORDER FOR
14                               ) RENEWAL OF JUDGMENT
   v.                            )
15                               )
   JIMMIE DALE PALMER, individually )
16 and doing business as WILLIS  )
   PALMER AND JIM PALMER         )
17 CONSTRUCTION, a partnership and )
   doing business as JIM PALMER  )
18 CONSTRUCTION; WILLIS CLEBAN   )
   PALMER, JR., individually and doing )
19 business as WILLIS PALMER AND )
   JIM PALMER CONSTRUCTION, a    )
20 partnership; WILLIS PALMER AND )
   JIM PALMER CONSTRUCTION, a    )
21 partnership; and DOES 1 through 10, )
   inclusive,                    )
22                               )
23        Judgment Debtors.      )
   _____)

24     The judgment debtors, JIMMIE DALE PALMER, individually and doing
25 business as WILLIS PALMER AND JIM PALMER CONSTRUCTION, a
26 partnership and doing business as JIM PALMER CONSTRUCTION and WILLIS
27 PALMER AND JIM PALMER CONSTRUCTION, a partnership, (collectively
28 "DEFENDANTS") having judgment entered against them on April 6, 2005 and

1  amended on October 3, 2005;

2       NOW, upon application of CARPENTERS SOUTHWEST
3  ADMINISTRATIVE CORPORATION, and FLOYD CLAY, ("PLAINTIFFS"),
4  and upon declaration that DEFENDANTS have failed to pay the total amount of
5  said judgment; and that DEFENDANTS are indebted to PLAINTIFFS.

6       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
7  against DEFENDANTS, be renewed in the amount of $7,061.03 which is broken
8  down as follows:

| | | |
|---|---|---:|
| a. | Principal | $ 4,476.83 |
| b. | Credit received | $ 0.00 |
| c. | Judgment interest | $ 214.83 |
| d. | Attorney Fees | $ 751.85 |
| e. | Costs | $ 0.00 |
| Subtotal (Judgment as entered) | | $ 5,443.51 |
| f. | Less credits after judgment | $ 0.00 |
| g. | Interest after judgment computed from April 6, 2005 through February 5, 2013 at 3.38% ($0.64 per day) | $ 1,617.51 |
| h. | Costs after judgment | $ 0.00 |
| Subtotal (Judgment as renewed) | | $ 7,061.03 |
| GRAND TOTAL | | $ 7,061.03 |

DATED: 2-6-13                    /s/ M. Mead
                                 CLERK
                                 UNITED STATES DISTRICT JUDGE

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

BY: /s/ Margaret R. Gifford 2/5/13
    MARGARET R. GIFFORD
Attorneys For Judgment Creditor,
Carpenters Southwest Administrative
Corporation, and Floyd Clay